# District of Columbia
# Court of Appeals

No. 13-AA-0703

JO CARPENTER,

                                          Petitioner,

    v.                                         **RH-TP No. 29, 840-10**

DISTRICT OF COLUMBIA
RENTAL HOUSING COMMISSION,

                                          Respondent,

    and

THE MARKSWRIGHT COMPANY, INC.,

                                          Intervenor.

**BEFORE: Washington, Chief Judge; McLeese, Associate Judge; and Belson, Senior Judge.**

## O R D E R

It appearing that, on December 10, 2014, this court issued a memorandum opinion and judgment in the matter of *Jo Carpenter v. District of Columbia Rental Housing Commission and the Markswright Company, Inc.*, appeal no. RH-TP No. 29, 840-10, it is hereby

ORDERED, *sua sponte*, that the memorandum opinion and judgment in *Jo Carpenter v. District of Columbia Rental Housing Commission and the Markswright Company, Inc.*, appeal no. RH-TP No. 29, 840-10, issued on December 10, 2014, is withdrawn and is reissued forthwith as a published opinion.

PER CURIAM.

Copies to:

Paul Strauss, Esq.
1020 16th Street, NW – 5th Floor
Washington, DC 20036

Debra Fischer Leege, Esq.
Greenstein, Delorme & Luchs, PC
1620 L Street, NW – Suite 900
Washington, DC 20036-5605

Rachel Lukens, Esq.
Supervisory Attorney Advisor
Office of Administrative Hearings

Jamarle Thomas
Paralegal Specialist
Office of Administrative Hearings

Todd S. Kim, Esq.
Solicitor General – DC